BARBARA PURPURA, Respondent, v NICHOLAS E. PURPURA, Appellant.

Submitted June 13, 2005; decided August 25, 2005

Motion, insofar as it seeks leave to appeal from that part of the Appellate Division order that dismissed the appeal from Supreme Court's order denying appellant's motion to vacate, dismissed upon the ground that such portion of the order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied. Motion for poor person relief dismissed as academic. Motion for a preference dismissed as academic.